UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN WEST CONSTRUCTION AND DEVELOPMENT CORP., Plaintiff, | § § § § | |
| v. | § | No. 3:14-CV-2007-N (BF) |
| RONNIE COMPTON and ALL OCCUPANTS, Defendants. | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff American West Construction and Development Corporation's Motion to Remand [D.E. 6] is **GRANTED**.

**SO ORDERED** this 2nd day of March, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE